UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:15-CR-00361-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO SEAL |
| v. | |
| ERNEST TULSIDA CARPENTER | |

On motion of the Defendant, Ernest Tulsida Carpenter, and for good cause shown, it is

hereby ORDERED that **DE 87** be sealed until further notice by this Court.

IT IS SO ORDERED.

This _17_ day of October, 2025.

_____

JAMES C. DEVER III
United States District Court Judge